**United States District Court for the Middle District of Pennsylvania**

| | |
|---|---|
| **Kelly Bland** | **CASE NO. 1:26-CV-00659-KM** |
| vs. | <u>**AFFIDAVIT OF SERVICE**</u> |
| **Humana Inc.** | |

Commonwealth of Pennsylvania
County of Dauphin    ss:

I, **John Shinkowsky**, a competent adult, being duly sworn according to law, depose and say that at **2:13 PM** on **04/07/2026**, I served **Humana Inc.** at **CT Corporation System, 600 North 2nd Street, Suite 401, Harrisburg, PA 17101** in the manner described below:

☐    Subject personally served.

☐    Adult family member with whom said Subject resides.
Relationship is _____.

☐    Adult in charge of Subject's residence who refused to give name and/or relationship.

☐    Manager/Clerk of place of lodging in which Subject resides.

☐    Agent or person in charge of Subject's office or usual place of business.

☑    <u>**Tina Crisanti,**</u> who is the <u>**Intake Specialist**</u> of said entity.

☐    Other:

a true and correct copy of **Summons in a Civil Action; Class Action Complaint and Demand for Jury Trial; Civil Cover Sheet** issued in the above captioned matter.

Description:
Sex: **Female** Skin: **White** Age: **60** Hair: **White** Height: **5ft 07in** Weight: **160 lbs**

Sworn to and subscribed before me this
9th day of April .2026.

_____
Notary Public

X _____
John Shinkowsky
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: - Our File#: **93220**

Commonwealth of Pennsylvania - Notary Seal
Chad Spotts, Notary Public
Dauphin County
My commission expires April 19, 2029
Commission number 1248992

Law Firm: **Perrong Law LLC**
Address: **2657 Mount Carmel Avenue, Glenside, PA 19038**
Telephone: **(215) 225-5529**

