AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| KELLY BLAND | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00659-KM |
| HUMANA INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Humana Inc.                                                                                                          .

Date:      04/27/2026

/s/ V. Amanda Witts
*Attorney's signature*

V. Amanda Witts (#308902)
*Printed name and bar number*
Mitchell Sandler PLLC
2020 K Street NW, Suite 760
Washington, D.C. 20006

*Address*

v.awitts@mitchellsandler.com
*E-mail address*

(202) 886-5267
*Telephone number*

*FAX number*