**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KELLY BLAND**, individually and on behalf of all others similarly situated, | Case No. 1:26-cv-00659-KM |
| Plaintiff, | |
| v. | |
| **HUMANA INC.**, | |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendant Humana Inc. ("Defendant"), by and through undersigned counsel, respectfully requests an extension of time for Defendant to move, answer, or otherwise respond to Plaintiff Kelly Bland's ("Plaintiff") Class Action Complaint ("Complaint") (ECF No. 1) up to and including May 19, 2026. In support, Defendant states as follows:

1

1.      Plaintiff filed the Complaint on March 16, 2026.

2.      Defendant's current deadline to respond to the Complaint is April 28, 2026. Good cause exists for this request.

3.      Defendant respectfully requests a three (3) week extension up to and including May 19, 2026 to respond to the Complaint.

4.      Defendant seeks this brief extension to allow adequate time to investigate the allegations and prepare a response to the Complaint.

5.      This request is made in good faith and not for any improper purpose or to delay the proceedings.

6.      This is Defendant's first request for an extension of time to respond to the Complaint and the requested extension does not affect any other scheduled appearance or deadline.

7.      Counsel for Defendant conferred with counsel for Plaintiff on April 27, 2026 concerning the relief sought herein. Plaintiff does not oppose and consents to the requested extension.

Dated:      April 27, 2026                          Respectfully submitted,

*/s/ V. Amanda Witts*
V. Amanda Witts (#308902)
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, D.C. 20006
Tel: (202) 886-5267
v.awitts@mitchellsandler.com
*Attorney for Defendant*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2026 a copy of the foregoing was filed with the CM/ECF system for the United States District Court for the Middle District of Pennsylvania and was served on all counsel of record via the CM/ECF system.

*/s/ V. Amanda Witts*
V. Amanda Witts
