## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**KELLY BLAND**, individually and on
behalf of all others similarly situated,

Case No. 1:26-cv-00659-KM

Plaintiff,

v.

**HUMANA INC.**,

Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT

AND NOW, this _____ day of _____, 2026, upon consideration of Defendant's Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Response to Plaintiff's Class Action Complaint, it is hereby **ORDERED** that the requested extension of time for Defendant to respond to Plaintiff's Complaint is **GRANTED**. Defendant shall respond to the Complaint on or before May 19, 2026.

**IT IS SO ORDERED**.

**BY THE COURT:**

_____

Hon. Karoline Mehalchick