## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KELLY BLAND**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**HUMANA INC.**,<br><br>Defendant. | Case No. 1:26-cv-00659-KM |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT

AND NOW, this 27th day of April, 2026, upon consideration of Defendant's Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Response to Plaintiff's Class Action Complaint, it is hereby **ORDERED** that the requested extension of time for Defendant to respond to Plaintiff's Complaint is **GRANTED**. Defendant shall respond to the Complaint on or before May 19, 2026.

**IT IS SO ORDERED**.

BY THE COURT:

_Karoline Mehalchick_
Hon. Karoline Mehalchick

2