## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

**KELLY BLAND**, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

**HUMANA INC.**,

*Defendant.*

Case No. 1:26-CV-00659-KM

**Hon. Karoline Mehalchick**

## ORDER

**AND NOW**, this _____ day of _____, 2026, upon consideration of Defendant Humana Inc.'s ("Humana) Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), and any response thereto, it is hereby **ORDERED** that Human's Motion is **GRANTED**. Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____
HON. KAROLINE MEHALCHICK
UNITED STATES DISTRICT JUDGE

1