# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**KELLY BLAND**, individually and on behalf of all others similarly situated,

    *Plaintiff,*

*v.*

**HUMANA INC.**,

    *Defendant.*

Case No. 1:26-CV-00659-KM

**Hon. Karoline Mehalchick**

## DEFENDANT HUMANA INC.'S
## MOTION TO STRIKE CLASS ALLEGATIONS

Defendant Humana Inc. ("Humana"), by and through its undersigned counsel, respectfully moves this Honorable Court for an order striking the class allegations of Plaintiff Kelly Bland's ("Plaintiff") Complaint.

In support of its Motion, Humana relies on the accompanying Memorandum of Law.

**WHEREFORE**, Humana requests that the Court grant this Motion and strike the class allegations of Plaintiff Kelly Bland's ("Plaintiff") Complaint.

Dated: May 19, 2026

Respectfully submitted,

*/s/ V. Amanda Witts*
V. Amanda Witts
Mitchell Sandler PLLC
2020 K Street NW, Suite 760

1

Washington, DC 20006
Tel: 202.886.5267
v.awitts@mitchellsandler.com

*Attorneys for the Defendant, Humana Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 19, 2026, a copy of the foregoing was filed with the Clerk of Court for the United States District Court for the Middle District of Pennsylvania via the CM/ECF system and to all counsel of record via the CM/ECF system.

*/s/ V. Amanda Witts*
V. Amanda Witts