**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KELLY BLAND**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**HUMANA INC.**,<br><br>*Defendant.* | Case No. 1:26-CV-00659-KM<br><br>**Hon. Karoline Mehalchick** |

**ORDER**

**AND NOW**, this _____ day of _____, 2026, upon consideration of Defendant Humana Inc.'s ("Humana") Motion to Strike Class Allegations, and any response thereto, it is hereby **ORDERED** that Humana's Motion is **GRANTED**. The class allegations of Plaintiff Kelly Bland's Complaint are stricken.

BY THE COURT:

_____
HON. KAROLINE MEHALCHICK
UNITED STATES DISTRICT JUDGE

1