**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KELLY BLAND**, individually and on behalf of all others similarly situated, | |
| *Plaintiff,* | Case No. 1:26-CV-00659-KM |
| *v.* | **Hon. Karoline Mehalchick** |
| **HUMANA INC.**, | |
| *Defendant.* | |

## ORDER

**AND NOW**, this _____ day of _____, 2026, upon consideration of Defendant Humana Inc.'s ("Humana") Motion to Bifurcate Discovery Pursuant to Fed. R. Civ. P. 42(b), and any response thereto, it is hereby **ORDERED** that Humana's Motion is **GRANTED**. Discovery shall proceed in three distinct phases: (1) discovery related to Plaintiff's individual claims; (2) if Plaintiff's claims advance, discovery concerning the propriety of class certification; and (3) if a class is certified, discovery on the merits for the class.

BY THE COURT:

_____
HON. KAROLINE MEHALCHICK
UNITED STATES DISTRICT JUDGE

1