## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

**KELLY BLAND**, individually and on behalf of all others similarly situated,

       *Plaintiff,*

*v.*

**HUMANA INC.**,

       *Defendant.*

Case No. 1:26-CV-00659-KM

**Hon. Karoline Mehalchick**

### DEFENDANT HUMANA INC.'S
### MOTION TO STAY DISCOVERY

Defendant Humana Inc. ("Humana"), by and through its undersigned counsel, respectfully moves this Honorable Court to stay discovery pending the outcome of Humana's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), Motion to Strike Class Allegations, and Motion to Bifurcate Discovery (collectively, the "Pending Motions").

In support of its Motion, Humana relies on the accompanying Memorandum of Law.

**WHEREFORE**, Humana requests that the Court grant this Motion and stay discovery pending the outcome of Humana's Pending Motions.

1

Dated: May 19, 2026                    Respectfully submitted,

                                       */s/ V. Amanda Witts*
                                       V. Amanda Witts
                                       Mitchell Sandler PLLC
                                       2020 K Street NW, Suite 760
                                       Washington, DC 20006
                                       Tel: 202.886.5267
                                       v.awitts@mitchellsandler.com

                                       *Attorneys for the Defendant, Humana Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, a copy of the foregoing was filed with the Clerk of Court for the United States District Court for the Middle District of Pennsylvania via the CM/ECF system and to all counsel of record via the CM/ECF system.

*/s/ V. Amanda Witts*
V. Amanda Witts

3