# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**KELLY BLAND**, individually and on behalf of all others similarly situated,

   *Plaintiff,*

*v.*

**HUMANA INC.,**

   *Defendant.*

Case No. 1:26-CV-00659-KM

**Hon. Karoline Mehalchick**

## ORDER

**AND NOW**, this _____ day of _____, 2026, upon consideration of Defendant Humana Inc.'s ("Humana") Motion to Stay Discovery, and any response thereto, it is hereby **ORDERED** that Humana's Motion is **GRANTED**. All discovery in this matter shall be stayed until the resolution of Humana's Pending Motions.

      BY THE COURT:

      _____
      HON. KAROLINE MEHALCHICK
      UNITED STATES DISTRICT JUDGE

1