**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KELLY BLAND,** individually and on behalf of all others similarly situated, | Case No. 1:26-cv-00659 |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **HUMANA INC.** | |
| *Defendant.* | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTIONS

The Plaintiff, Kelly Bland, respectfully moves for an extension, up to and including June 24, 2026, to respond to Defendant Humana Inc.'s *four* serial motions to Dismiss (ECF No. 7), Strike (ECF No. 8), Bifurcate (ECF No. 9), and Stay (ECF No. 10), owing to the press of existing business and obligations, as well as to adequately formulate a response. Defendant does not oppose the requested relief.

RESPECTFULLY SUBMITTED AND DATED this May 29, 2026.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
M.D. Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

1

## **CERTIFICATE OF SERVICE**

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this May 29, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

2