### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KELLY BLAND,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**HUMANA INC.**<br><br>*Defendant.* | Case No. 1:26-cv-00659<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED ORDER GRANTING]
### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
### TO DEFENDANT'S MOTIONS

This matter having come before the Court on the Unopposed/Stipulated Motion of Plaintiff for an Extension of Time until and including June 24, 2026, IT IS HEREBY ORDERED that Plaintiff's Motion for an Extension of Time is GRANTED, and Plaintiff is granted an extension of time to file an opposition to respond to Defendant Humana Inc.'s motions to Dismiss (ECF No. 7), Strike (ECF No. 8), Bifurcate (ECF No. 9), and Stay (ECF No. 10), until and including June 24, 2026.

DATED this _____.

_____
J.

1