**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

1:26-CV-659

IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I, **TORI GUIDRY** _____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: **400 Spectrum Center Drive Suite 1450**

**Irvine, CA 92618**

Office phone: **(985) 688 3307**

Email Address: **tori@troutmanamin.com**

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

**October 17, 2017   State of Louisiana**

My attorney Identification number is: **37704** _____

---

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

✓_____SPECIAL ADMISSION:

GRANTED BY THE COURT *Karoline Mehalchick* Date: 6/2/26