**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR          :
ADMISSION TO PRACTICE IN THIS COURT    :

*1:26-CV-659*

**PETITION**

I, **BLAKE LANDIS** _____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: **1825 NW Corporate Blvd., Suite 100**

**Boca Raton, FL 33431**

Office phone: **(772) 538-9000**

Email Address: **blake@troutmanamin.com**

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

**September 24, 2024 - State of Florida**

My attorney Identification number is: **1058506**

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

✓_____SPECIAL ADMISSION:

GRANTED BY THE COURT *Karoline Mehalchick* Date: 6/2/26