**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR　　:
ADMISSION TO PRACTICE IN THIS COURT　:　**1:26-CV-659**

## PETITION

ERIC J. TROUTMAN
I, _____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: 400 Spectrum Center Drive Suite 1450

Irvine, CA 92618

Office phone: (949) 761-5021

Email Address: troutman@troutmanamin.com

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

December 12, 2003 - State of California

My attorney identification number is: 229263

| FOR COURT USE ONLY |
| --- |
| _____GENERAL ADMISSION: |
| GRANTED BY THE COURT: _____ Date: _____ |
| ✓ SPECIAL ADMISSION: |
| GRANTED BY THE COURT _Karoline Mehalchick_ Date: 6/10/26 |