**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR   :   *1:26-cv-659*
ADMISSION TO PRACTICE IN THIS COURT   :

**PETITION**

I, **PUJA AMIN** _____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address:   400 Spectrum Center Drive Suite 1450

Irvine, CA 92618

Office phone:   (949) 761 5021

Email Address:   amin@troutmanamin.com

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

December 02, 2014   State of California

My attorney Identification number is:   299547

| FOR COURT USE ONLY |
|---|
| _____GENERAL ADMISSION: |
| GRANTED BY THE COURT: _____   Date: _____ |
| ✓ SPECIAL ADMISSION: |
| GRANTED BY THE COURT *Karoline Mehalchick* Date: 6/10/26 |