## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KELLY BLAND,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**HUMANA INC.**<br><br>*Defendant.* | Case No.<br>1:26-cv-00659<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER DENYING]**
**DEFENDANT'S MOTION TO DISMISS**

AND NOW, this ____ day of _____, 2026, upon consideration of Defendant's Motion to Dismiss (ECF No. 7), Plaintiff's opposition, and any response thereto, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____
Hon. Karoline Mehalchick, J.

1