## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KELLY BLAND,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**HUMANA INC.**<br><br>*Defendant.* | Case No.<br>1:26-cv-00659<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED ORDER DENYING]
### DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS

AND NOW, this _____ day of _____, 2026, upon consideration of Defendant's Motion to Strike Class Allegations (ECF Nos. 8, 13), Plaintiff's opposition, and any response thereto, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____
Hon. Karoline Mehalchick, J.