**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KELLY BLAND,** individually and on behalf of all others similarly situated, | Case No. 1:26-cv-00659 |
| *Plaintiff,* | (Judge Mehalchick) |
| *v.* | **CLASS ACTION** |
| **HUMANA INC.** | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

**[PROPOSED ORDER DENYING]
MOTIONS TO STAY OR BIFURCATE DISCOVERY**

AND NOW, this _____ day of _____, 2026, upon consideration of Defendant's Motions to Bifurcate Discovery and Stay Discovery (ECF Nos. 9, 10, 14, 15), Plaintiff's opposition, and any response thereto, it is hereby ORDERED that the Motions are DENIED.

BY THE COURT:

_____
Hon. Karoline Mehalchick, J.

1