**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KELLY BLAND**, individually and on behalf of all others similarly situated, | |
| *Plaintiff,* | Case No. 1:26-CV-00659-KM |
| *v.* | **Hon. Karoline Mehalchick** |
| **HUMANA INC.**, | |
| *Defendant.* | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
REPLIES IN SUPPORT OF DEFENDANT'S MOTIONS**

Defendant, Humana Inc., by and through its undersigned counsel, respectfully moves this Honorable Court for an extension, up to and including July 15, 2026, to file its replies in support of its motions to Dismiss (ECF No. 7), Strike (ECF No. 8), Bifurcate (ECF No. 9), and Stay (ECF No. 10). Plaintiff does not oppose the requested relief.

Dated: July 7, 2026          Respectfully submitted,

*/s/ V. Amanda Witts*
V. Amanda Witts
Mitchell Sandler PLLC
2020 K Street NW, Suite 760
Washington, DC 20006
Tel: 202.886.5267
v.awitts@mitchellsandler.com

1

Eric J. Troutman (admitted *Pro Hac Vice*)
Puja Amin (admitted *Pro Hac Vice*)
Tori Guidry (admitted *Pro Hac Vice*)
Troutman Amin, LLP
400 Spectrum Center Drive, Suite 1450
Irvine, CA 92618
Tel: (985) 688-3307
troutman@troutmanamin.com
amin@troutmanamin.com
tori@troutmanamin.com

Blake Landis (admitted *Pro Hac Vice*)
Troutman Amin, LLP
1825 NW Corporate Blvd., Suite 100
Boca Raton, FL 33431
Tel: (772) 538-9000
blake@troutmanamin.com

*Attorneys for the Defendant, Humana Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2026, a copy of the foregoing was filed with the Clerk of Court for the United States District Court for the Middle District of Pennsylvania via the CM/ECF system and to all counsel of record via the CM/ECF system.

*/s/ V. Amanda Witts*
V. Amanda Witts

3