# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KELLY BLAND**, individually and on behalf of all others similarly situated, | |
| *Plaintiff,* | Case No. 1:26-CV-00659-KM |
| *v.* | **Hon. Karoline Mehalchick** |
| **HUMANA INC.,** | |
| *Defendant.* | |

## [PROPOSED ORDER GRANTING]
## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
## REPLIES IN SUPPORT OF DEFENDANT'S MOTIONS

This matter having come before the Court on the Unopposed Motion of Defendant Humana Inc. ("Defendant") for an extension of time, up to and including July 15, 2026, IT IS HEREBY ORDERED that Defendant's Motion for Extension of Time is GRANTED, and Defendant is granted an extension of time to file its replies in support of its motions to Dismiss (ECF No. 7), Strike (ECF No. 8), Bifurcate (ECF No. 9), and Stay (ECF No. 10), up to and including July 15, 2026.

Dated: _____

_____
Hon. Karoline Mehalchick
U.S. DISTRICT JUDGE

1